**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

YAMISLEIDI SOCARRAS DIAZ

CASE NO.: 23-17627-LMI
CHAPTER 7

Debtor.
_____/

**NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 7 TRUSTEE**

It appearing that Marcia Dunn has resigned as Trustee in the above referenced case, the United States Trustee for Region 21, Mary Ida Townson, through her undersigned counsel, pursuant to Title 11, United States Code, Section 321, has appointed:

**SONEET KAPILA**

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved. The meeting of creditors will be held **by video conference** on **October 31, 2023, at 11:30 a.m.** To appear by **Zoom**, **Meeting ID 380 245 6489, Passcode 5111732641, Phone (954) 399-3849**.

Dated: August 23, 2023

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: /s/ Heidi A. Feinman
Heidi A. Feinman, Assistant United States Trustee
Office of the United States Trustee
51 SW First Avenue, Ste. 1204
Miami, Florida 33130
Tel: (305) 536-7285
Fax: (305) 536-7360
Email: Heidi.A.Feinman@usdoj.gov

cc:  Marcia Dunn
     Soneet Kapila
     All creditors and parties in interest by United States Bankruptcy Court